UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES EDGAR FEILER, JR.**, <br><br> Plaintiff, <br><br> vs. <br><br> **MICHAEL JOHNSON, et al.**, <br><br> Defendants. | **2:23-CV-11225-TGB-KGA** <br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  July 27, 2023.

                                              KINIKIA ESSEX
                                              CLERK OF THE COURT

                                              s/A. Chubb
                                              Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE